IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40903
Summary Calendar
_____


MYRON C. DAGLEY,

                                        Plaintiff-Appellant,

versus

J.B. RUTHERFORD ET AL.,

                                        Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:95-CV-54
- - - - - - - - - -
May 8, 1996

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     Myron C. Dagley appeals the grant of summary judgment for
the defendants-appellees in his civil suit arising from his
arrest on March 3, 1995.  We have reviewed the record and the
purported appellate arguments, and we find no error in the
district court's determination.  This appeal is frivolous.  See
5th Cir. R. 42.2.

     The defendants-appellees' motion for sanctions pursuant to
Fed. R. App. P. 38 is GRANTED.  The defendants-appellees are

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

directed to submit, within 20 days, an itemized list of appellate costs and attorneys' fees for this court's determination of the monetary sanction.  It is ORDERED that Dagley is BARRED from filing any pro se civil appeal in this court, or any pro se, initial civil pleading in any court which is subject to this court's jurisdiction, without the advance written permission of a judge of the forum court; the clerk of this court and the clerks of all federal district courts in this Circuit are directed to return to Dagley, unfiled, any attempted submission inconsistent with this bar.

Dagley is warned that future disparaging and vulgar language, as displayed in his response to the Rule 38 motion, will not be tolerated by this court.  Dagley is directed to review all pending appeals to ensure that they do not contain abusive language and to ensure that they do not raise arguments that are frivolous because they have been previously decided by this court.

APPEAL DISMISSED; SANCTIONS IMPOSED; ADMONISHMENT ISSUED.